UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVAR D. CLARKE,

      Petitioner,                              Case No. 24-cv-12500
                                                    Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **DENIED**.

                                                              KINIKIA ESSIX
                                                              CLERK OF COURT

                                            By:    s/Holly A. Ryan
                                                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  October 17, 2024
Detroit, Michigan